**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Susan A. Hudock, | ) CV-02-583-PHX-DGC |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Aventis Pharmaceuticals, Inc., | ) |
| Defendant. | ) |

On December 14, 2005, the Court held a hearing to address issues raised in Plaintiff's Motion to Investigate Potential Juror Misconduct (Doc. #163). Juror No. 5 appeared at the hearing. Plaintiff was present representing herself. Counsel for Defendant appeared by telephone.

The Court placed Juror No. 5 under oath and asked her questions about objective facts as permitted by Federal Rule of Evidence 606(b). In response to the Court's questions, Juror No. 5 testified that she has never been a patient of Dr. Dora White, that she has never met Sue Zager, and that she did not recognize Ms. Zager when Ms. Zager testified at trial. In light of this sworn testimony, the Court concludes that no further investigation is required. The evidence has not shown juror misconduct or improper jury influence in this case.

DATED this 20th day of December, 2005.

David G. Campbell
United States District Judge